PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Herrado J. Molina #2197682
Plaintiff's Name and ID Number

James V. Allred Unit
Place of Confinement

7-24CV-058-O

CASE NO._____
(Clerk will assign the number)

v.

David A. Arias COIV Allred Unit
Defendant's Name and Address

Sergio Martinez COV Allred Unit
Defendant's Name and Address

Alyssa D. Guerra Allred Unit
Defendant's Name and Address
( DO NOT USE "ET AL.")

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEX_
FILED
APR 2 3 2024
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 12-20-19
      2. Parties to previous lawsuit:
         Plaintiff(s) Herrado Jose Molina
         Defendant(s) Michell D. Esperza (2) David G. Doughrety Jr
      3. Court: (If federal, name the district; if state, name the county.) Corpus Christi
      4. Cause number: 2:19-CV-00395
      5. Name of judge to whom case was assigned: Jason B. Libby
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: James V. Allred Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Herrado Jose Molina  James V. Allred Unit  2101 FM 369 N  Iowa Park, TX 76367

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: David A. Aries COIV  James V. Allred Unit  2101 FM 369 N  Iowa Park, TX 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He refuse to give me my proper tray.

Defendant #2: Sergio Martinez COV  James V. Allred Unit  2101 FM 369 N  Iowa Park, TX 76367

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Officer S. Martinez COV was with this here is because he stated to take it or starve

Defendant #3: Sgt Alyssa D. Gurra  James V. Allred Unit  2101 FM 369 N  Iowa Park, TX 76367

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Sgt A. Gurra did not do anything about this situation

Defendant #4: Assistant Warden Christopher C. Wiedau  James V. Allred Unit  2101 FM 369 N  Iowa Park, TX 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He is letting it happen & will not do anything about it at all.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 12-15-23 between 11:57 am - 1:12 pm then again between 4:20 pm all the way to 6:18 pm officer D. Arias COIV, S. Martinez COV, SGT A. Guerra refuse to giving me my proper food that I could eat is because of all the allergies that under medical is because of the gout that I have & it was on the paperwork like it is to this day, that is how I got gout is because of all this food that I am eatting right now okey. I did have to write a I-60 to medical is because my hold leg was swollen & I was throwing up really bad so this staff members was really trying to kill me & this food like Pork, Beef, Dairy Products, Legumes/Beans, Peanuts is under medical that I have allergies to.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to transfered off the unit & I would like 9500.000.00

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Corpus Christi
2. Case number: 2:24-CV-00052
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?  ___ YES ___ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: 4-16-24
DATE

_Herrado. J. Molina_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   16   day of   April  , 20 24  .
         (Day)              (month)         (year)

_Herrado. J. Molina_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

Molina, Herrado

Offender Name: Molina Jose    TDCJ# 2197682

Unit: Allred    Housing Assignment: 8L 05B

Unit where incident occurred: Allred

**OFFICE USE ONLY**

Grievance #: 2024019834

Date Received: DEC 27 2023

Date Due: FEB 05 2024

Grievance Code: 814

Investigator ID #: I2943

Extension Date: _____

Date Retd to Offender: JAN 18 2024

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Officer D. Aries coIV, S. Martinez, SSgt A. Guerra   When? 12-15-23

What was their response? They called the kitchen nothing came back to me like my tray.

What action was taken? N/A

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I'm filing this step 1 grievance is because I have been having problems getting my proper tray's right & I did speak with officer David A, Aries coIV, Sergio Martinez coIV, SSgt Alyssa D. Guerra on 12-15-23 between 11:57 am - 1:12 pm then again between 4:20 pm all the way to 6:18 pm then around times I stated officer D. Aries did come & forced a tray thur my slot that I could not eat & refused to call SSgt while I was trying to jack the slot trying to set rank about my food allergies. Then it was between 6:20 pm - 6:30 pm Aries came back to the cell before he went home & stated to me that they use profane language against me is because he don't give a fu__. What happens to us guess what I'm about to go, do leave go home & shower, pick up my 3 year old girl & go to see a movie some kid movie & go to sleep, come back tomorrow I do what ya'll do I do not care about non of these I am just here to get paid to show up & I notified every one of the situation so that they are aware of the situation & still did nothing about it I went without getting a tray/eating many times. Then officer S. Martinez coIV did state that I could eat the tray or you do not get anything at all & this been going on since 12-13-23 is because they do not want to call to get my tray that I need is because they are breaking T.D.C.J policy & the PD-22 policy to so really they are breaking the PD-22 code (No.) 7. Substandard Duty Performance - violation level 4!

An employee shall perform duties in a manner that meets or exceeds the minimum standards established for the employee's position.

23. Mistreatment of offenders - violation level 2!

Mistreatment usually takes the form of physical abuse, but may also include such actions as threats or unauthorized denial of privileges or entitlements.

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F



# Texas Department of Criminal Justice
## STEP 2  OFFENDER GRIEVANCE FORM

**Offender Name:** Molina Jose  **TDCJ#** 2197682
**Unit:** Allred  **Housing Assignment:** ~~K-L-5B~~ HSF-111B
**Unit where incident occurred:** Allred

**OFFICE USE ONLY**
Grievance #: 2024049834
UGI Recd Date: JAN 19 2024
HQ Recd Date: JAN 23 2024
Date Due: 2-28-2024
Grievance Code: 814
Investigator ID#: I-2754
Extension Date: APR 08 2024

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I do not agree with this step 2 grievance & with Asst. Warden C. Wiedeu response is because this staff member's like officer David A. Aries CO IV, Sergio Martinez COV, Sgt. Nirosa D. Gurra is in the wrong defiently. David Aries by closing my tray in to the food tray slot & they did refuse to follow procedures also use profane language against me also refusing to give me my proper tray that I should have is because of my allergies that I have & the Sgt A. Gurra did refuse to follow procedures too by not coming to see what was the problem with the tray that I had is because under my allergies I can't not eat Pork/Porcine Product Derivatives, Dairy Products, Legumes/Beans, Peanuts, Beef, Green Beans this is the list of all of my allergies that I have in my file right now & they are breaking the Prisoner's Civil rights, Medical conditions that fall well short of life-threatening can nevertheless constitute "serious medical needs" if they result in pain or loss of function see Greeno v. Daley, 414 F.3d 645, 653 (7th Cir. 2005) severe heartburn with frequent vomiting); Brock v. Wright, 315 F.3d 158, 163-64 (2d Cir. 2003) (painful keloids); Clement v. Gomez, 298 F.3d 898 (9th Cir. 2002) (effects of pepper spray on bystanders); Denial of or delay in access to medical personnel, Estelle v. Gamble, 429 U.S. at 104; Gayton v. McCoy, 593 F.3d 610, 624 (7th Cir. 2010) (nurse refused to see prisoner with known heart condition who complained of chest pain and was vomiting repeatedly); Gordon v. Frank, 454 F.3d 858, 862-64 (8th Cir. 2006) (officers ignored prisoner's complaints of breathing trouble and chest pain, despite knowing he was on medical observation); Natale v. Camden County Corr. Facility, 318 F.3d 575 (3d Cir. 2003) delay of 21 hours in providing insulin to diabetic); Wallin v. Norman, 317 F.3d 558 (6th Cir. 2003) (delay of one week in treating urinary tract

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

Herrado Molina #2197682
James V. Allred Unit
2101 FM
Iowa Park, TX

Today 4-16-24

U.S. District Clerk's office
1000 Lamar St. Suite 203
Witchita Falls, TX 76301

    I pray that by the time you recieve my letter, it will find you, in great health & spirit. I am writing you letter to you for is I have wrote you a letter on 4-12-24 when I sent you 2 of this from's here to let you know that this T.D.C.J employee's will use a lot of retaliation, herassment against me for filing this law suit's that I been sending to you okay. I want to let you know that this law library do not want to send me any thing out the law library so I also want to let you know this too so that is what is going on right now alright. So I hope that you could help me get my 6 month inmate trust account statement from this people is because I can't not get it from them at all okay so I do hope that some thing could happen with this here please & hope to hear back from you please. Thank you for your time & God Bless you all
Sincerley
Herrado Molina
T.D.C.J-ID #2197682

LEGAL MAIL

JOSE MOLINA #2197682
JAMES V. ALLRED UNIT
2101 FM 369 N
IOWA PARK, TX 76367

U.S. DISTRICT CLERK'S OFFICE
1000 LAMAR ST. SUITE 203
WITCHIT FALLS, TX 76301

NORTH TEXAS TX P&DC
DALLAS TX 750
16 APR 2024 PM 4 L

76307-301653



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION